

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable Bert Ford, Administrator
Texas Liquor Control Board
Austin, Texas

Dear Mr. Ford:

Opinion No. O-7080
Re: Whether or not the term
"partnership" as used in
Section 15, Article 1, of
the Texas Liquor Control
Act, is all inclusive of the
term, or whether a limited
partnership should be con-
sidered on the same basis
as the requirements for a
permit by a corporation.

Your request for an opinion on the above question
has been received and carefully considered by this depart-
ment. We quote Section 15, Article 1, of the Texas Liquor
Control Act in part as follows:

"... Partnerships, firms and associations
applying for permits shall be composed wholly of
citizens possessing the qualifications above enum-
erated ...." (Emphasis ours)

We deem it unnecessary to set forth here the many
differences between partnerships and corporations. In our
opinion, the term "partnership" as used in Section 15 of
Article 1, of the Texas Liquor Control Act, includes limited
partnerships, and we further believe that a limited partner-
ship should be considered on the same basis as the requ.ire-
ments for a permit by a "partnership, firm or association,"
not a corporation.

Yours very truly

Approved May 2, 1946

ATTORNEY GENERAL OF TEXAS

s/s Grover Sellers
ATTORNEY GENERAL OF TEXAS

BY

s/s James K. Ware
James K. Ware
Assistant

JKW:zd:xt

APPROVED
OPINION COMMITTEE